UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| WOOD BRO CAPITAL, LLC, | Case No. 3:16-CV-00405-LRH-VPC |
| Plaintiff, | (Removal of Case No. CV16-00982 from the District Court of Washoe County, Nevada) |
| v. | |
| FRED W. UNDERWOOD, *et al.*, | **AMENDED STIPULATION AND ORDER TO STAY ALL DEADLINES IN THIS CASE** |
| Defendants. | |

Plaintiff WOOD BRO CAPITAL, LLC ("WOOD BRO") through its attorney of record, Carole M. Pope, Esq., and Defendant UNITED STATES OF AMERICA ("The United States") through its attorney of record, Gerald A. Role, Esq., file their *Stipulation and Order to Stay All Deadlines in This Case*, and pursuant to Local Rule 7-1 hereby stipulate and agree as follows:

That WOOD BRO and the United States reached a settlement resolving this matter as between those two parties, and they are in the process of completing the settlement documents evidencing

1

their agreement.

That WOOD BRO has taken the default of the remaining defendants except for Defendants DUANE R. SOUTH and GENEVIEVE A. SOUTH with whom WOOD BRO has also reached an agreement.

That as to the remaining Defendants, WOOD BRO must have a hearing as required under NRS 40.110 to prove-up its quiet title action and receive a Decree Quieting Title as to those Defendants.

That pending completion of the prove-up hearing, all deadlines in this matter are hereby stayed.

That WOOD BRO shall file a Request for Hearing upon the granting of this stipulation.

***

**AFFIRMATION**
**Pursuant to NRS 239B.030**

The undersigned hereby affirm that the preceding document does not contain the social security number of any person.

Dated: This 14th day of February, 2017.

**U.S. DEPARTMENT OF JUSTICE**

/s/ Gerald A. Role
GERALD A. ROLE (IL #6198922)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone (202) 307-0461
Fax: (202) 307-0054
Email: gerald.a.role@usdoj.gov

Counsel for Defendant
UNITED STATES OF AMERICA

2

Dated: This 31st day of January, 2017.

**THE LAW OFFICE OF CAROLE M. POPE**

/s/ Carole M. Pope
CAROLE M. POPE (Nev. Bar No. 3779)
301 Flint Street
Reno, Nevada 89501
Telephone: (775) 337-0773
Fax: (775) 337-0778
Email: cmp7000@aol.com

Counsel for Plaintiff
WOOD BRO CAPITAL, LLC

A status report shall be filed within 30 days of the entry of this order if the action is not otherwise finalized.

IT IS SO ORDERED this 15th day of February, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3