# UNITED STATES DISTRICT COURT

\*\*\*\*    DISTRICT OF   NEVADA

WOOD BRO CAPITAL LLC,

    Plaintiff,

v.

FRED W. UNDERWOOD, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:16-cv-00405-LRH-VPC

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff Wood Bro Capital and against Defendants Fred Underwood, Angela Underwood, and Dwight Carlton.

May 25, 2017                                                                          **DEBRA K. KEMPI**
                                                                                     Clerk

                                                                                     /s/ K. Rusin
                                                                                     Deputy Clerk