UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WOOD BRO CAPITAL, LLC, | Case No. 3:16-cv-00405-LRH-(VPC) |
| Plaintiff, | ORDER |
| v. | |
| FRED W. UNDERWOOD, et al., | |
| Defendants. | |

On May 25, 2017, the court entered its order which, among other things, adjudged Wood Bro Capital to be the owner of the subject real property, and stated that, pursuant to the settlement reached between the two parties, the ownership of the property was subject to the liens held by the United States – said liens to be satisfied by payment from escrow upon the subject property's sale. At the time of the entry of the order, the court retained the Government's motion for summary judgment on the docket and will retain the motion on the docket until payment of said liens. The parties agreed to file a stipulation of dismissal after payment of the liens.

For the convenience of the parties and the court's administrative purposes, this case will now be closed administratively. The closing of this case administratively has no substantive effect on the status of the case. The case remains pending for all substantive purposes. The case will be reopened administratively when either party notifies the court that the liens have been paid. At that time, an updated joint status

report shall be filed with the request to reopen. The parties shall then file a stipulation of dismissal to close the case.

IT IS SO ORDERED.

DATED this 21st day of September, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE